IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:                                      :
                                            : CHAPTER 12
KEITH V. HOOGSTAD,                          :
                                            : CASE NO. 12-50265
         Debtor                             :

DEBTOR'S REPORT OF RECEIPTS AND DISBURSEMENTS

for the period October 1, 2017 to October 31, 2017

    COMES NOW the above-named Debtor and files his Monthly Financial Report in accordance with the Guidelines established by the United States Trustee and Bankruptcy Rule 2015.

_____
WESLEY J. BOYER

Debtor's address & phone number:
761 W Wesley Chapter Road
Fort Valley, GA 31030-9619
( )

Attorney's address & phone number:
348 Cotton Avenue, Suite 200
Macon, GA 31201
(478) 742-6481

## UNITED STATES BANKRUPTCY COURT
## RECEIPTS AND DISBURSEMENTS

DEBTOR: Keith V. Hoogstad
CASE NO:

| | | MONTH Oct-17 | YEAR TO DATE |
|---|---|---|---|
| **CASH BALANCE** 30-Sep-17 | | $6,000.97 | |
| Loan funds injected into farming operation | | $0.00 | $0.00 |
| **OPERATING INCOME** | | | |
| Crop | Loan payback CKB | 0.00 | 0.00 |
| Crop | Misc. | 150.00 | 150.00 |
| Crop | interest | 0.12 | 1.23 |
| Crop | transfer from savings | 15,500.00 | 15,500.00 |
| Crop | refunds | 0.00 | 352.40 |
| Misc. | ckb paycheck | 4,451.98 | 46,745.77 |
| Livestock Raised | | 0.00 | 0.00 |
| Poultry | | 0.00 | 0.00 |
| Custom Work | | 0.00 | 0.00 |
| Non-Farm Income | | 0.00 | 0.00 |
| Rental Income – Crops, Land, and/or Buildings | | 0.00 | 0.00 |
| Crop Insurance Receipts | | 0.00 | 0.00 |
| Commodity Credit Corporation Receipts | | 0.00 | 0.00 |
| FSA Receipts | | 0.00 | 0.00 |
| Other Receipts Due to Crop Failure or Damage | | 0.00 | 0.00 |
| Receipts for Losses Due to Death or Disease of Livestock or Poultry | | 0.00 | 0.00 |
| **Total Receipts from Operations** | | **$20,102.10** | **$62,749.40** |
| **CAPITAL INCOME** | | | |
| Purchased Livestock Sales | | | 0.00 |
| Machinery and Equipment | | | 0.00 |
| Timber Sales | | | 0.00 |
| Land Sales | | | 0.00 |
| Other Capital Income – Itemize | | | 0.00 |
| **Total Receipts from Capital Sales** | | **$0.00** | **$0.00** |
| **TOTAL CASH AVAILABLE** | | **$26,103.07** | |
| **OPERATING EXPENSES – CURRENT CROP YEAR** | | | |
| Labor – Hired | | | 0.00 |
| Machine Hire | | | 0.00 |
| Fertilizer, Lime, and Gypsum | | | 0.00 |
| Seed and Plants | | | 0.00 |
| Feed and Feed Supplements | | | 0.00 |
| Gasoline, Fuel and Oil | | | 0.00 |
| Repairs and Maintenance | | | 0.00 |
| Utilities and Telephone | | | 0.00 |
| Insurance | | | 0.00 |
| Taxes (Payroll, Real Property, Personal Property, Fuel, etc.) | | | 0.00 |
| Rent and Leases | | | 0.00 |
| Equipment Rental | | | 0.00 |

**UNITED STATES BANKRUPTCY COURT**
**RECEIPTS AND DISBURSEMENTS**

DEBTOR: Keith V. Hoogstad
CASE NO:

|  | MONTH Oct-17 | YEAR TO DATE |
|---|---|---|
| Storage and Warehousing |  | 0.00 |
| Freight and Trucking |  | 0.00 |
| Farm Chemicals |  | 0.00 |
| Supplies |  | 0.00 |
| Legal and Professional Fees |  | 0.00 |
| Veterinary Fees and Medicine |  | 0.00 |
| Other Livestock Fees |  | 0.00 |
| Misc. Membership Fees, FSA Charges, Subscription Costs, Advertising, etc. |  | 0.00 |
| Expenses Prepaid for Next Calendar Year |  | 0.00 |
| Misc. Operating Expenses |  | 0.00 |
| **Total Operating Expenses** | **$0.00** | **$0.00** |

**HOUSEHOLD OPERATING EXPENSES**

| | | |
|---|---|---|
| Rent | 0.00 | 0.00 |
| Utilities (Electricity, Heat, Water, etc.) | 0.00 | 0.00 |
| Food | 302.97 | 4,393.48 |
| Clothing | 619.30 | 7,235.71 |
| Laundry and Cleaning/Household Cleaning and Personal | 391.57 | 4,612.01 |
| Newspapers, Periodicals, and Books | 0.00 | 0.00 |
| Medical and Drug Expenses | 1,207.22 | 3,522.58 |
| Insurance (Automobiles, Life, Health, Disability) | 0.00 | 0.00 |
| Transportation | 94.06 | 2,989.46 |
| Recreation | 0.00 | 2,692.60 |
| Church Tithes, Social, Professional Fees | 551.49 | 1,883.49 |
| Income Taxes | 14,533.00 | 14,533.00 |
| Alimony, Maintenance, and Support Payments | 0.00 | 0.00 |
| Other Payments for the Support of Dependants Not Living at Home | 0.00 | 0.00 |
| Cash/Miscellaneous | 1,575.50 | 25,575.50 |
| Other: (Gifts, Education, etc.) | 0.00 | 0.00 |
| **Total Household Operating Expenses** | **$19,275.11** | **$67,437.83** |

**CAPITAL EXPENSES/PURCHASES**

| | | |
|---|---|---|
| Livestock for Resale |  | 0.00 |
| Principal Payment Loans |  | 0.00 |
| Machinery and Equipment |  | 0.00 |
| Land Clearing, Ditching, Irrigation, Drain Tile, Fencing, |  | 0.00 |
| **Total Capital Expenses** | **$0.00** | **$0.00** |

| | | |
|---|---|---|
| **PAYMENTS TO TRUSTEE** | **$0.00** | **$0.00** |
| **TOTAL EXPENDITURES** | **$19,275.11** | **$67,437.83** |
| **CASH BALANCE OCTOBER 31, 2017** | **$6,827.96** | |


Page 1 of 4  10/18/17
GA ████████7047



814-03-01-00 28103 0 C 001 11 50 004
KEITH HOOGSTAD
CHAPTER 12 DEBTOR IN POSSESSION
761 W WESLEY CHAPEL RD
FORT VALLEY GA  31030-9619

# Your consolidated statement
For 10/18/2017

**Contact us**
 BBT.com
 (800) BANK-BBT or (800) 226-5228

### Beware of Phishing and Spoofing Emails
Just a friendly reminder, BB&T never uses email to obtain personal information. Watch out for emails that try to trick you into clicking a link or calling a hotline to update your confidential information like account numbers, payment card details or your Social Security number. If you receive an urgent email like this, DO NOT click links, open attachments or provide confidential information to the hotline. Simply delete it without responding. If you revealed your account details to a phishing email, call 800-BANK-BBT (800-226-5228) for assistance.

Learn more security tips at **BBT.com/Security**.

BB&T, Member FDIC.

## Summary of your accounts

| ACCOUNT NAME | ACCOUNT NUMBER | BALANCE($) | DETAILS ON |
|---|---|---|---|
| ELITE GOLD-MM | ████7047 | 10,635.18 | page 1 |
| Total checking and money market savings accounts | | $10,635.18 | |
| PERSONAL REGULAR SAVINGS | ████0893 | 32,323.46 | page 2 |
| Total savings accounts | | $32,323.46 | |

 ## Checking and money market savings accounts

- **ELITE GOLD-MM** ████7047

**Account summary**

| | |
|---|---|
| Your previous balance as of 09/20/2017 | $9,208.69 |
| Checks | - 200.00 |
| Other withdrawals, debits and service charges | - 20,475.61 |
| Deposits, credits and interest | + 22,102.10 |
| Your new balance as of 10/18/2017 | = $10,635.18 |

**Interest summary**

| | |
|---|---|
| Interest paid this statement period | $0.12 |
| 2017 interest paid year-to-date | $1.33 |
| Interest rate | 0.01% |
| Annual percentage yield (APY) earned | 0.01% |

**Checks**

| DATE | CHECK # | AMOUNT($) |
|---|---|---|
| 09/27 | 1149 | 200.00 |
| **Total checks** | | = $ 200.00 |

■ ELITE GOLD-MM ▇▇▇▇▇▇▇7047 (continued)

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 09/21 | DEBIT CARD PURCHASE SCR*ALLEGRO 09-20 800-861-3211 AZ 9780 | 15.82 |
| 09/22 | DEBIT CARD PURCHASE SCR*ALLEGRO 09-21 800-861-3211 AZ 9780 | 22.10 |
| 09/25 | DEBIT CARD PURCHASE PAYPAL *OVERSTOCKC 09-22 402-935-7733 UT 9780 | 534.99 |
| 09/25 | DEBIT CARD PURCHASE EXQUISITE NAILS 09-22 WARNER ROBINS GA 9780 | 140.00 |
| 09/25 | BB&T M-APP TRANSFER TRANSFER TO CHECKING▇▇▇▇▇▇9470 09-23-17 | 1,000.00 |
| 09/25 | DEBIT CARD PURCHASE-PIN 09-23-17 WARNER ROBINS GA 9780 VITAMIN SHOPPE #540 | 40.15 |
| 09/25 | DEBIT CARD PURCHASE-PIN 09-23-17 PETSMART # 1038 9780 2730 WATSON B WARNER ROBINS GA | 246.56 |
| 09/25 | DEBIT CARD PURCHASE-PIN 09-23-17 PUBLIX 9780 6015 WATSON B BYRON GA | 41.93 |
| 09/25 | DEBIT CARD PURCHASE CHEVRON 0358679 09-24 BYRON GA 9780 | 31.67 |
| 09/29 | DEBIT CARD PURCHASE-PIN 09-28-17 PUBLIX 9780 6015 WATSON B BYRON GA | 113.36 |
| 10/02 | DEBIT CARD PURCHASE PAYPAL *FERRIGNOLE 09-30 402-935-7733 CA 9780 | 448.00 |
| 10/03 | BB&T M-APP TRANSFER TRANSFER TO CHECKING▇▇▇▇▇▇9470 10-03-17 | 750.00 |
| 10/04 | DEBIT CARD PURCHASE SCR*ALLEGRO 10-03 800-861-3211 AZ 9780 | 15.82 |
| 10/06 | DEBIT CARD PURCHASE DERMATOLOGIC SURGE 10-04 MACON GA 9780 | 741.00 |
| 10/10 | DEBIT CARD PURCHASE PAYPAL *MOEMUSCLE 10-07 402-935-7733 CA 9780 | 154.65 |
| 10/10 | DEBIT CARD PURCHASE ENMARK WARNER ROBI 10-08 SAVANNAH GA 9780 | 49.33 |
| 10/11 | DEBIT CARD PURCHASE PAYPAL *CHRIS 10-10 402-935-7733 CA 9780 | 823.50 |
| 10/12 | DEBIT CARD PURCHASE-PIN 10-11-17 WARNER ROBINS GA 9780 THE HOME DEPOT #0163 | 70.58 |
| 10/12 | USATAXPYMT IRS 0142 KEITH V HOOGSTAD | 13,050.00 |
| 10/16 | DEBIT CARD PURCHASE-PIN 10-14-17 SAMS CLUB #8225 9780 SAM'S CLUB MACON GA | 302.97 |
| 10/16 | ACH CORP DEBIT GA TX PYMT GEORGIA ITS TAX X | 1,483.00 |
| 10/17 | DEBIT CARD PURCHASE THE BUCKLE #466 10-14 MACON GA 9780 | 400.18 |
| | **Total other withdrawals, debits and service charges** | **= $20,475.61** |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 09/22 | DIRECT DEP CKB LANDSCAPE & 7ELN HOOGSTAD,KEITH | 2,225.99 |
| 09/29 | COUNTER DEPOSIT | 2,000.00 |
| 10/03 | BB&T M-APP TRANSFER TRANSFER FROM SAVINGS▇▇▇▇▇0893 10-03-17 | 15,500.00 |
| 10/06 | DIRECT DEP CKB LANDSCAPE & 0ELN HOOGSTAD,KEITH | 2,225.99 |
| 10/16 | COUNTER DEPOSIT | 150.00 |
| 10/18 | INTEREST PAYMENT | 0.12 |
| | **Total deposits, credits and interest** | **= $22,102.10** |

## 🐷 Savings accounts

■ PERSONAL REGULAR SAVINGS▇▇▇▇▇▇0893

**Account summary**

| | |
|---|---|
| Your previous balance as of 09/20/2017 | $27,823.33 |
| Other withdrawals, debits and service charges | − 25,500.00 |
| Deposits, credits and interest | + 30,000.13 |
| Your new balance as of 10/18/2017 | = $32,323.46 |

**Interest summary**

| | |
|---|---|
| Interest paid this statement period | $0.13 |
| 2017 interest paid year-to-date | $0.41 |
| Interest rate | 0.01% |
| Annual percentage yield (APY) earned | 0.01% |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 10/03 | BB&T M-APP TRANSFER TRANSFER TO CHECKING▇▇▇▇▇7047 10-03-17 | 15,500.00 |
| 10/11 | BB&T M-APP TRANSFER TRANSFER TO CHECKING▇▇▇▇▇6391 10-11-17 | 10,000.00 |
| | **Total other withdrawals, debits and service charges** | **= $25,500.00** |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 10/17 | BB&T M-APP TRANSFER TRANSFER FROM CHECKING▇▇▇▇▇9470 10-17-17 | 10,000.00 |
| 10/18 | COUNTER DEPOSIT | 20,000.00 |
| 10/18 | INTEREST PAYMENT | 0.13 |
| | **Total deposits, credits and interest** | **= $30,000.13** |



Member FDIC

## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit BBT.com.

### Electronic fund transfers
In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:
   BB&T Liability Risk Management
   P.O. Box 996
   Wilson, NC 27894-0996
You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures. If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

### Important Information about your Constant Credit Account
Once advances are made from your Constant Credit Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

### Billing rights summary
**In case of errors or questions about your Constant Credit statement**
If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:
   BankCard Services Division
   P.O. Box 200
   Wilson, NC 27894-0200
We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

### Mail-in deposits
If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

### Change of address
If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|
| | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | Outstanding Deposits and Other Credits (Section B) | | | |
| | Date/Type | Amount | Date/Type | Amount |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | | | |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | |

■ PAGE 3 OF 4

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing

DEBTOR'S REPORT OF RECEIPTS AND DISBURSEMENTS

upon the following:

>Walter W. Kelley, Esq.
>Post Office Box 70849
>Albany, GA  31708

via the Court's automated electronic notification system this 16th day of November, 2017.

_____
MIKAYLIE BYRD