IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:                                    :
                                          : CHAPTER 12
KEITH V. HOOGSTAD,                        :
                                          : CASE NO. 12-50265
         Debtor                           :

DEBTOR'S REPORT OF RECEIPTS AND DISBURSEMENTS

for the period May 1, 2018 to May 31, 2018

COMES NOW the above-named Debtor and files his Monthly Financial Report in accordance with the Guidelines established by the United States Trustee and Bankruptcy Rule 2015.

_____
WESLEY J. BOYER

Debtor's address & phone number:
761 W Wesley Chapter Road
Fort Valley, GA 31030-9619
(   )

Attorney's address & phone number:
348 Cotton Avenue, Suite 200
Macon, GA 31201
(478) 742-6481

# UNITED STATES BANKRUPTCY COURT
# RECEIPTS AND DISBURSEMENTS

DEBTOR: Keith V. Hoogstad
CASE NO:

MONTH: **May-18**

YEAR TO DATE

| | | MONTH May-18 | YEAR TO DATE |
|---|---|---:|---:|
| **CASH BALANCE** 30-Apr-18 | | $10,783.24 | |
| Loan funds injected into farming operation | | | $0.00 |
| **OPERATING INCOME** | | | |
| Crop | Loan payback CKB | 0.00 | 5,000.00 |
| Crop | | 0.00 | 2,633.29 |
| Crop | interest | 0.04 | 0.32 |
| Crop | Refunds | 0.00 | 0.00 |
| Misc. | CKB paychecks | 4,587.96 | 22,871.81 |
| Livestock Raised | | 0.00 | 0.00 |
| Poultry | | 0.00 | 0.00 |
| Custom Work | | 0.00 | 0.00 |
| Non-Farm Income | | 0.00 | 0.00 |
| Rental Income – Crops, Land, and/or Buildings | | 0.00 | 0.00 |
| Crop Insurance Receipts | | 0.00 | 0.00 |
| Commodity Credit Corporation Receipts | | 0.00 | 0.00 |
| FSA Receipts | | 0.00 | 0.00 |
| Other Receipts Due to Crop Failure or Damage | | 0.00 | 0.00 |
| Receipts for Losses Due to Death or Disease of Livestock or Poultry | | 0.00 | 0.00 |
| **Total Receipts from Operations** | | **$4,588.00** | **$30,505.42** |
| **CAPITAL INCOME** | | | |
| Purchased Livestock Sales | | 0.00 | 0.00 |
| Machinery and Equipment | | 0.00 | 0.00 |
| Timber Sales | | 0.00 | 0.00 |
| Land Sales | | 0.00 | 0.00 |
| Other Capital Income – Itemize | | 0.00 | 0.00 |
| **Total Receipts from Capital Sales** | | **$0.00** | **$0.00** |
| **TOTAL CASH AVAILABLE** | | **$15,371.24** | |
| **OPERATING EXPENSES – CURRENT CROP YEAR** | | | |
| Labor – Hired | | | 0.00 |
| Machine Hire | | | 0.00 |
| Fertilizer, Lime, and Gypsum | | | 0.00 |
| Seed and Plants | | | 0.00 |
| Feed and Feed Supplements | | | 0.00 |
| Gasoline, Fuel and Oil | | | 0.00 |
| Repairs and Maintenance | | | 0.00 |
| Utilities and Telephone | | | 0.00 |
| Insurance | | | 0.00 |
| Taxes (Payroll, Real Property, Personal Property, Fuel, etc.) | | | 0.00 |
| Rent and Leases | | | 0.00 |
| Equipment Rental | | | 0.00 |

## UNITED STATES BANKRUPTCY COURT
## RECEIPTS AND DISBURSEMENTS

DEBTOR: Keith V. Hoogstad
CASE NO:

| | MONTH May-18 | YEAR TO DATE |
|---|---|---|
| Storage and Warehousing | | 0.00 |
| Freight and Trucking | | 0.00 |
| Farm Chemicals | | 0.00 |
| Supplies | | 0.00 |
| Legal and Professional Fees | | 0.00 |
| Veterinary Fees and Medicine | | 0.00 |
| Other Livestock Fees | | 0.00 |
| Misc. Membership Fees, FSA Charges, Subscription Costs, Advertising, etc. | | 0.00 |
| Expenses Prepaid for Next Calendar Year | | 0.00 |
| Misc. Operating Expenses | | 17,000.00 |
| **Total Operating Expenses** | **$0.00** | **$17,000.00** |

**HOUSEHOLD OPERATING EXPENSES**

| | | |
|---|---|---|
| Rent | 0.00 | 0.00 |
| Utilities (Electricity, Heat, Water, etc.) | 0.00 | 0.00 |
| Food | 358.43 | 2,494.41 |
| Clothing | 202.74 | 8,239.71 |
| Laundry and Cleaning/Household Cleaning and Personal | 539.74 | 4,354.51 |
| Newspapers, Periodicals, and Books | 0.00 | 190.00 |
| Medical and Drug Expenses | 164.38 | 1,196.71 |
| Insurance (Automobiles, Life, Health, Disability) | 0.00 | 0.00 |
| Transportation | 134.15 | 1,088.78 |
| Recreation | 13.98 | 57.49 |
| Church Tithes, Social, Professional Fees | 200.00 | 1,400.00 |
| Income Taxes | 0.00 | 0.00 |
| Alimony, Maintenance, and Support Payments | 0.00 | 0.00 |
| Other Payments for the Support of Dependants Not Living at Home | 0.00 | 0.00 |
| Cash/Miscellaneous | 2,886.19 | 6,224.19 |
| Other: (Gifts, Education, etc.) | 0.00 | 5,775.22 |
| **Total Household Operating Expenses** | **$4,499.61** | **$31,021.02** |

**CAPITAL EXPENSES/PURCHASES**

| | | |
|---|---|---|
| Livestock for Resale | 0.00 | 0.00 |
| Principal Payment Loans | | 0.00 |
| Machinery and Equipment | | 0.00 |
| Land Clearing, Ditching, Irrigation, Drain Tile, Fencing, | 0.00 | 0.00 |
| **Total Capital Expenses** | **$0.00** | **$0.00** |

| | | |
|---|---|---|
| **PAYMENTS TO TRUSTEE** | **$0.00** | **$0.00** |
| **TOTAL EXPENDITURES** | **$4,499.61** | **$48,021.02** |
| **CASH BALANCE MAY 31, 2018** | **$10,871.63** | |



Page 1 of 4    05/17/18
GA ████████7047



814-03-01-00 28103 0 C 001 11 50 004
KEITH HOOGSTAD
CHAPTER 12 DEBTOR IN POSSESSION
761 W WESLEY CHAPEL RD
FORT VALLEY GA  31030-9619

# Your consolidated statement
For 05/17/2018

**Contact us**

BBT.com

(800) BANK-BBT or
(800) 226-5228

---

Zelle is now in U by BB&T. Zelle is the new way to send money directly between almost anyone you know in the U.S., typically within minutes. Using just an email address or mobile phone number, you will be able to quickly, and easily send money through the security of your U by BB&T account. Zelle will be fully integrated into U, so all you have to do is enroll in Zelle within U to take advantage of this exciting new feature.

You can even send money to someone who hasn't enrolled in Zelle. Just send a payment to their email address or mobile phone number, and they'll get a notification that money is waiting for them. Once they enroll in Zelle, they'll receive that payment within 2-3 days, but any future payments will typically be received within minutes.

We recommend you don't use Zelle to send money to people you do not know.

BB&T, Member FDIC.

If you are traveling outside of the USA and have concerns about accessing your account while you are traveling, please contact your Branch Banker or call us a 800-BANK BBT.

---

## Summary of your accounts

| ACCOUNT NAME | ACCOUNT NUMBER | BALANCE($) | DETAILS ON |
|---|---|---|---|
| ELITE GOLD-MM | ████████7047 | 5,934.28 | page 1 |
| Total checking and money market savings accounts | | $5,934.28 | |
| PERSONAL REGULAR SAVINGS | ████████0893 | 18,215.53 | page 2 |
| Total savings accounts | | $18,215.53 | |

 **Checking and money market savings accounts**

■ ELITE GOLD-MM ████████7047

**Account summary**

| | |
|---|---|
| Your previous balance as of 04/18/2018 | $2,837.79 |
| Checks | - 996.61 |
| Other withdrawals, debits and service charges | - 644.90 |
| Deposits, credits and interest | + 4,738.00 |
| Your new balance as of 05/17/2018 | = $5,934.28 |

**Interest summary**

| | |
|---|---|
| Interest paid this statement period | $0.04 |
| 2018 interest paid year-to-date | $0.36 |
| Interest rate | 0.01% |
| Annual percentage yield (APY) earned | 0.01% |

■ PAGE 1 OF 4

▪ ELITE GOLD-MM ▇▇▇▇7047 (continued)

## Checks

| DATE  | CHECK # | AMOUNT($) |
|-------|---------|-----------|
| 04/23 | 1252    | 796.61    |
| 04/26 | 1253    | 200.00    |
| **Total checks** | | **= $ 996.61** |

## Other withdrawals, debits and service charges

| DATE  | DESCRIPTION | AMOUNT($) |
|-------|-------------|-----------|
| 04/20 | DEBIT CARD PURCHASE-PIN 04-19-18 FORT VALLEY   GA 9780 U SAVE IT 14 | 34.20 |
| 04/23 | DEBIT CARD PURCHASE APL* ITUNES.COM/BI 04-20 866-712-7753   CA 9780 | 10.99 |
| 04/23 | DEBIT CARD PURCHASE-PIN 04-20-18 CRAWFORDVILLE GA 9780 CRAWFORDVILLE BP FM | 10.91 |
| 04/23 | DEBIT CARD PURCHASE PAYPAL *BELLRINGER 04-21 402-935-7733   CA 9780 | 285.00 |
| 04/23 | DEBIT CARD PURCHASE-PIN 04-22-18 WARNER ROBINS GA 9780 CRACKER BARREL # 2700 WAT | 86.99 |
| 05/07 | DEBIT CARD PURCHASE-PIN 05-06-18 BYRON       GA 9780 PUBLIX SUPER MAR 6015 WAT | 169.67 |
| 05/08 | DEBIT CARD PURCHASE CHEVRON 0209585 05-07 FORT VALLEY   GA 9780 | 44.15 |
| 05/16 | DEBIT CARD PURCHASE APL* ITUNES.COM/BI 05-15 866-712-7753   CA 9780 | 2.99 |
| **Total other withdrawals, debits and service charges** | | **= $644.90** |

## Deposits, credits and interest

| DATE  | DESCRIPTION | AMOUNT($) |
|-------|-------------|-----------|
| 04/20 | DIRECT DEP CKB LANDSCAPE & 6ELN HOOGSTAD,KEITH | 2,293.98 |
| 04/23 | COUNTER DEPOSIT | 150.00 |
| 05/04 | DIRECT DEP CKB LANDSCAPE & 9ELN HOOGSTAD,KEITH | 2,293.98 |
| 05/17 | INTEREST PAYMENT | 0.04 |
| **Total deposits, credits and interest** | | **= $4,738.00** |

# Savings accounts

▪ PERSONAL REGULAR SAVINGS ▇▇▇▇893

## Account summary

| | |
|---|---|
| Your previous balance as of 04/18/2018 | $18,215.39 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.14 |
| Your new balance as of 05/17/2018 | = $18,215.53 |

## Interest summary

| | |
|---|---|
| Interest paid this statement period | $0.14 |
| 2018 interest paid year-to-date | $0.89 |
| Interest rate | 0.01% |
| Annual percentage yield (APY) earned | 0.01% |

## Deposits, credits and interest

| DATE  | DESCRIPTION | AMOUNT($) |
|-------|-------------|-----------|
| 05/17 | INTEREST PAYMENT | 0.14 |
| **Total deposits, credits and interest** | | **= $0.14** |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing

DEBTOR'S REPORT OF RECEIPTS AND DISBURSEMENTS

upon the following:

>Walter W. Kelley, Esq.
>Post Office Box 70849
>Albany, GA  31708

via the Court's automated electronic notification system this 20th day of June, 2018.

*Mikaylie Byrd*
MIKAYLIE BYRD