*Walter W. Kelley*
*Standing Chapter 12 Trustee*
United States Bankruptcy Court
Middle District of Georgia
2539 Lafayette Plaza
Post Office Box 70489
Albany, Georgia 31708
FAX ((229) 888-0966
TEL (229) 888-2257

<u>Ga. Divisions:</u>
*Albany*
*Athens*
*Columbus*
*Macon*
*Valdosta*

October 25, 2018

Keith V. Hoogstad
761 West Wesley Chapel Road
Fort Valley, GA 31030

  Re: Chapter 12 Case # 12-50265-JPS

Dear Mr. Hoogstad:

  Enclosed you will find a refund check in the amount of $509.30, which is the balance left in our escrow account on completion of your plan.

  You will now need to begin making your payments to your creditors directly as follows:

| | | |
|---|---|---|
| BB&T<br>Attn: Bankruptcy Section<br>Mail Code: 100-50-01-51<br>P.O. Box 1847<br>Wilson, NC 27894-1847 | $2,228.76 on account # 5426 | 1st of each month |
| BB&T<br>Attn: Bankruptcy Section<br>Mail Code: 100-50-01-51<br>P.O. Box 1847<br>Wilson, NC 27894-1847 | $272.25 on account # 8262 | 1st of each month |

  Please call my office should you have any questions.

                Sincerely,

                /s/ Walter W. Kelley
                Walter W. Kelley
                Chapter 12 Trustee

cc: Wesley J. Boyer/ECF
Enclosure

Walter W. Kelley - Ch 12, Trustee
P.O. Box 70879
Albany GA 31708

Case #: 12-50265
Case:  HOOGSTAD, KEITH V.   Debtor(s).

**GREEN BANK, N.A. - TEXAS**
401 Greenbriar
Houston, TX - 77098

VOID AFTER 90 DAYS

**DATE:** 10/25/2018

**CHECK NO:** 1016

**PAY:** FIVE HUNDRED NINE AND 30 / 100

$509.30

TO THE ORDER OF:
Keith Hoogstad
761 West Wesley Chapel Road
Fort Valley, GA 31030



Trustee

DEBTOR REFUND

⑈⁗0000 1016 ⁗⁘ ⁙1130 24164⁙ ⁗260 1125 0265 01⁗

---

DATE: 10/25/2018    CHECK NO:  1016    CONTROL NO: 359    $509.30

DEBTOR REFUND

**Payment Details**

$509.30