# United States Bankruptcy Court

Middle District of Georgia

Date: 12/18/18

In re:
   Keith V. Hoogstad
   761 West Wesley Chapel Road
   Fort Valley, GA 31030
Debtor(s)

Case No. 12–50265 JPS

Chapter 12

Re: Reports and Summaries required by §704(a)(8) of the Bankruptcy Code and Rule 2015(a)(3)

To US Trustee:

The deadline for filing the report referenced above has passed, and the report has not been filed to date.

We are terminating the Court's follow–up deadline based upon this memo being sent to all parties of interest.

Thank you for your attention to this matter.

Sincerely,

Cheryl Stratigos

(478) 752–3506
Deputy Clerk
United States Bankruptcy Court