**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 12 |
| KEITH V. HOOGSTAD, | : | |
| | : | CASE NO. 12-50265 |
| Debtor | : | |

## DEBTOR'S REPORT OF RECEIPTS AND DISBURSEMENTS

for the period November 1, 2018 to November 30, 2018

COMES NOW the above-named Debtor and files his Monthly Financial Report in accordance with the Guidelines established by the United States Trustee and Bankruptcy Rule 2015.

WESLEY J. BOYER

Debtor's address & phone number:
761 W Wesley Chapter Road
Fort Valley, GA 31030-9619
(   )

Attorney's address & phone number:
348 Cotton Avenue, Suite 200
Macon, GA 31201
(478) 742-6481

**UNITED STATES BANKRUPTCY COURT**
**RECEIPTS AND DISBURSEMENTS**

DEBTOR: Keith V. Hoogstad
CASE NO:

| | MONTH Nov-18 | YEAR TO DATE |
|---|---|---|
| **CASH BALANCE** 31-Oct-18 | **$1,815.55** | |
| **Loan funds injected into farming operation** | | **$0.00** |
| **OPERATING INCOME** | | |
| Crop Misc. Deposit | 0.00 | 22,827.24 |
| Crop interest | 0.10 | 0.79 |
| Crop refunds | 0.00 | 495.00 |
| Misc. ckb paycheck | 6,892.32 | 55,022.13 |
| Livestock Raised | 0.00 | 0.00 |
| Poultry | 0.00 | 0.00 |
| Custom Work | 0.00 | 0.00 |
| Non-Farm Income | 0.00 | 0.00 |
| Rental Income – Crops, Land, and/or Buildings | 0.00 | 0.00 |
| Crop Insurance Receipts | 0.00 | 0.00 |
| Commodity Credit Corporation Receipts | 0.00 | 0.00 |
| FSA Receipts | 0.00 | 0.00 |
| Other Receipts Due to Crop Failure or Damage | 0.00 | 0.00 |
| Receipts for Losses Due to Death or Disease of Livestock or Poultry | 0.00 | 0.00 |
| **Total Receipts from Operations** | **$6,892.42** | **$78,345.16** |
| **CAPITAL INCOME** | | |
| Purchased Livestock Sales | 0.00 | 0.00 |
| Machinery and Equipment | 0.00 | 0.00 |
| Timber Sales | 0.00 | 0.00 |
| Land Sales | 0.00 | 0.00 |
| Other Capital Income – Itemize | 0.00 | 0.00 |
| **Total Receipts from Capital Sales** | **$0.00** | **$0.00** |
| **TOTAL CASH AVAILABLE** | **$8,707.97** | |
| **OPERATING EXPENSES – CURRENT CROP YEAR** | | |
| Labor – Hired | | 0.00 |
| Machine Hire | | 0.00 |
| Fertilizer, Lime, and Gypsum | | 0.00 |
| Seed and Plants | | 0.00 |
| Feed and Feed Supplements | | 0.00 |
| Gasoline, Fuel and Oil | | 0.00 |
| Repairs and Maintenance | | 0.00 |
| Utilities and Telephone | | 0.00 |
| Insurance | | 0.00 |
| Taxes (Payroll, Real Property, Personal Property, Fuel, etc.) | | 0.00 |
| Rent and Leases | | 0.00 |
| Equipment Rental | | 0.00 |
| Storage and Warehousing | | 0.00 |

**UNITED STATES BANKRUPTCY COURT**
**RECEIPTS AND DISBURSEMENTS**

DEBTOR: Keith V. Hoogstad
CASE NO:

| | MONTH Nov-18 | YEAR TO DATE |
|---|---|---|
| Freight and Trucking | | 0.00 |
| Farm Chemicals | | 0.00 |
| Supplies | | 0.00 |
| Legal and Professional Fees | | 0.00 |
| Veterinary Fees and Medicine | | 0.00 |
| Other Livestock Fees | | 0.00 |
| Misc. Membership Fees, FSA Charges, Subscription Costs, Advertising, etc. | | 0.00 |
| Expenses Prepaid for Next Calendar Year | | 0.00 |
| Loan to CKB | 6,000.00 | 23,000.00 |
| **Total Operating Expenses** | **$6,000.00** | **$23,000.00** |
| **HOUSEHOLD OPERATING EXPENSES** | | |
| Rent | 0.00 | 0.00 |
| Utilities (Electricity, Heat, Water, etc.) | 0.00 | 0.00 |
| Food | 774.65 | 4,687.11 |
| Clothing | 1,300.15 | 21,579.10 |
| Laundry and Cleaning/Household Cleaning and Personal | 395.33 | 5,440.55 |
| Newspapers, Periodicals, and Books | 0.00 | 190.00 |
| Medical and Drug Expenses | 1,198.30 | 5,029.80 |
| Insurance (Automobiles, Life, Health, Disability) | 0.00 | 0.00 |
| Transportation | 75.09 | 100,145.15 |
| Recreation | 13.98 | 175.38 |
| Church Tithes, Social, Professional Fees | 200.00 | 1,600.00 |
| Income Taxes | 0.00 | 0.00 |
| Alimony, Maintenance, and Support Payments | 0.00 | 0.00 |
| Other Payments for the Support of Dependants Not Living at Home | 0.00 | 0.00 |
| Cash/Miscellaneous | 1,000.00 | 12,311.61 |
| Other: (Gifts, Education, etc.) | 310.28 | 10,133.50 |
| **Total Household Operating Expenses** | **$5,267.78** | **$161,292.20** |
| **CAPITAL EXPENSES/PURCHASES** | | |
| Livestock for Resale | | 0.00 |
| Principal Payment Loans | | 0.00 |
| Machinery and Equipment | | 0.00 |
| Land Clearing, Ditching, Irrigation, Drain Tile, Fencing, | | 0.00 |
| **Total Capital Expenses** | **$0.00** | **$0.00** |
| **PAYMENTS TO TRUSTEE** | **$0.00** | **$0.00** |
| **TOTAL EXPENDITURES** | **$11,267.78** | **$184,292.20** |
| **CASH BALANCE NOVEMBER 30, 2018** | **($2,559.81)** | |

814-03-01-00 28103 0 C 001 11 S0 004
KEITH HOOGSTAD
CHAPTER 12 DEBTOR IN POSSESSION
761 W WESLEY CHAPEL RD
FORT VALLEY GA 31030-9619

# Your consolidated statement

For 11/20/2018

## Contact us

BBT.com

(800) BANK-BBT or (800) 226-5228

**Three Great Credit Cards – The Choice is Yours**

No matter your preference, there's a BB&T credit card to fit your lifestyle! Save on interest with the low annual percentage rate **BB&T Bright® credit card**; earn cash back on the things you buy every day with the **BB&T Spectrum Cash Rewards credit card**; or make travel purchases more rewarding with the **BB&T Spectrum Travel Rewards credit card**. Apply online today at BBT.com or visit your local BB&T financial center.

BB&T, Member FDIC. Credit cards are issued by Branch Banking and Trust and are subject to credit approval.

If you are traveling outside of the USA and have concerns about accessing your account while you are traveling, please contact your Branch Banker or call us a 800-BANK BBT.

## Summary of your accounts

| ACCOUNT NAME | ACCOUNT NUMBER | BALANCE($) | DETAILS ON |
|---|---|---|---|
| ELITE GOLD-MM | [redacted]7047 | 11,526.61 | page 1 |
| Total checking and money market savings accounts | | $11,526.61 | |
| PERSONAL REGULAR SAVINGS | [redacted]0893 | 6,343.49 | page 2 |
| Total savings accounts | | $6,343.49 | |

## Checking and money market savings accounts

▪ ELITE GOLD-MM[redacted]7047

**Account summary**

| | |
|---|---|
| Your previous balance as of 10/19/2018 | $12,199.41 |
| Checks | - 200.00 |
| Other withdrawals, debits and service charges | - 5,067.78 |
| Deposits, credits and interest | + 4,594.98 |
| **Your new balance as of 11/20/2018** | **= $11,526.61** |

**Interest summary**

| | |
|---|---|
| Interest paid this statement period | $0.10 |
| 2018 interest paid year-to-date | $0.91 |
| Interest rate | 0.01% |
| Annual percentage yield (APY) earned | 0.01% |

**Checks**

| DATE | CHECK # | AMOUNT($) |
|---|---|---|
| 11/20 | 1261 | 200.00 |
| **Total checks** | | **= $ 200.00** |

▪ ELITE GOLD-MM[redacted]7047 (continued)

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 10/22 | DEBIT CARD PURCHASE APL* ITUNES.COM/BI 10-20 866-712-7753 CA 9780 | 10.99 |
| 10/22 | DEBIT CARD PURCHASE-PIN 10-20-18 BYRON GA 9780 PUBLIX SUPER MAR 6015 WAT | 301.41 |
| 10/29 | DEBIT CARD PURCHASE PCA ATLANTA LOT 47 10-26 ATLANTA , GA 9780 | 12.00 |
| 10/29 | DEBIT CARD PURCHASE Nike Lenox 201 10-27 Atlanta GA 9780 | 549.96 |
| 10/29 | BB&T M-APP TRANSFER TRANSFER TO CHECKING[redacted]9470 10-29-18 | 1,000.00 |
| 10/30 | DEBIT CARD PURCHASE NEIMAN MARCUS #06 10-27 404-2668200 GA 9780 | 613.23 |
| 10/30 | DEBIT CARD PURCHASE PAYPAL *NIKE COM 10-29 402-935-7733 OR 9780 | 136.96 |
| 11/01 | DEBIT CARD PURCHASE PAYPAL *ALLEGROMED 10-30 402-935-7733 IL 9780 | 118.30 |
| 11/01 | DEBIT CARD PURCHASE Dental Care Center 10-31-MACON GA 9780 | 540.00 |
| 11/01 | DEBIT CARD PURCHASE MARATHON PETRO5489 10-31 MACON GA 9780 | 53.43 |
| 11/01 | DEBIT CARD PURCHASE Dental Care Center 10-31 MACON GA 9780 | 540.00 |
| 11/02 | DEBIT CARD PURCHASE SHELL OIL 12473036 10-31 FORT VALLEY GA 9780 | 9.66 |
| 11/08 | NOTICE-BOX RENT TO DRAFT 12/18 $15.00 | 0.00 |
| 11/13 | DEBIT CARD PURCHASE-PIN 11-09-18 WARNER ROBINS GA 9780 NNT FOOTPRINTS SALO781169 | 210.00 |
| 11/13 | DEBIT CARD PURCHASE-PIN 11-10-18 WARNER ROBINS GA 9780 AT HOME STORE 118 | 185.33 |
| 11/13 | DEBIT CARD PURCHASE-PIN 11-11-18 BYRON GA 9780 PUBLIX SUPER MAR 6015 WAT | 295.87 |
| 11/16 | DEBIT CARD RECURRING PYMT APL*ITUNES.COM/BIL 11-15 800-275-2273 CA 9780 | 2.99 |
| 11/19 | DEBIT CARD PURCHASE SQ *SOUTHERN FLORA 11-17 PERRY GA 9780 | 310.28 |
| 11/19 | DEBIT CARD PURCHASE-PIN 11-18-18 BYRON GA 9780 PUBLIX SUPER MAR 6015 WAT | 129.57 |
| 11/20 | DEBIT CARD PURCHASE IHOP #4429 11-18 WARNER ROBINS GA 9780 | 47.80 |
| | **Total other withdrawals, debits and service charges** | **= $5,067.78** |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 11/02 | DIRECT DEP CKB LANDSCAPE & 7ELN HOOGSTAD,KEITH | 2,297.44 |
| 11/16 | DIRECT DEP CKB LANDSCAPE & 3ELN HOOGSTAD,KEITH | 2,297.44 |
| 11/20 | INTEREST PAYMENT | 0.10 |
| | **Total deposits, credits and interest** | **= $4,594.98** |

## Savings accounts

▪ PERSONAL REGULAR SAVINGS[redacted]0893

**Account summary**

| | |
|---|---|
| Your previous balance as of 10/19/2018 | $12,343.39 |
| Other withdrawals, debits and service charges | - 6,000.00 |
| Deposits, credits and interest | + 0.10 |
| **Your new balance as of 11/20/2018** | **= $6,343.49** |

**Interest summary**

| | |
|---|---|
| Interest paid this statement period | $0.10 |
| 2018 interest paid year-to-date | $1.54 |
| Interest rate | 0.01% |
| Annual percentage yield (APY) earned | 0.01% |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 11/19 | BB&T M-APP TRANSFER TRANSFER TO CHECKING[redacted]86391 11-19-18 | 6,000.00 |
| | **Total other withdrawals, debits and service charges** | **= $6,000.00** |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 11/20 | INTEREST PAYMENT | 0.10 |
| | **Total deposits, credits and interest** | **= $0.10** |

### AMENDMENT TO THE PERSONAL SERVICES PRICING GUIDE

The following changes are being made to the *Personal Services Pricing Guide* that you received when you opened your BB&T account. Continued use of your account after December December 31, 2018, constitutes your acceptance of the change. If you do not have a copy of the *Personal Services Pricing Guide*, you may obtain an updated version at your local BB&T financial center or at www.BBT.com. Should you have questions, please call 1-800-BANK BBT (1-800-226-5228).

**Effective January 1, 2019**




BB&T

***Additional Banking Services:***

| | |
|---|---|
| **BB&T Debit Card/BB&T ATM Card** | |
| • **ATM & Purchase International Service Assessment Fee** | |
| BB&T Wealth Vantage | No charge |
| BB&T Private Vantage | No charge |
| • **Card Replacement Fee** | No charge |
| **BB&T Phone24 Person-to-Person Inquiries** | No charge |
| **Inactivity Fee** | No charge |
| **Statement Copy** (an additional copy of a statement after receiving the original) | $5.00 + account research fees may apply |
| **Temporary Checks (personalized)** (a minimum of four checks is required) | $4.00 for four checks |

BB&T Member FDIC

---

## CERTIFICATE OF SERVICE

---

This is to certify that I have this day served a copy of the foregoing

DEBTOR'S REPORT OF RECEIPTS AND DISBURSEMENTS

upon the following:

Walter W. Kelley, Esq.
Post Office Box 70849
Albany, GA 31708

via the Court's automated electronic notification system this 20th day of December, 2018.

KATHY ENGLISH