*Walter W. Kelley*

*Standing Chapter 12 Trustee*
United States Bankruptcy Court
Middle District of Georgia
2539 Lafayette Plaza Drive
Post Office Box 70849
Albany, Georgia 31708
TEL (229) 888-2257
FAX (229) 888-0966
E-mail: wkelley@kelleylovett.com
ahudson@kelleylovett.com

<u>Ga. Divisions:</u>
*Albany*
*Athens*
*Columbus*
*Macon*
*Valdosta*

January 21, 2019

## NOTICE OF COMPLETION OF PLAN

Kia Ferguson, Deputy Clerk
United States Bankruptcy Court

    Re:    Debtor: Keith V. Hoogstad
            Chapter 12 Case No. 12-50265-JPS

Dear Ms. Ferguson:

    This letter is to notify you that the above referenced debtor has completed his Chapter 12 plan and provided me with all documents needed to close this case. My office will file the Trustee's Final Report no later than April 1, 2019, which is 150 days from the date of receiving the final paperwork needed from the Debtor to begin the closing process.

    Please call me should you have any questions.

                                            Sincerely,
                                            /s/ Walter W. Kelley
                                            Walter W. Kelley
                                            Chapter 12 Trustee