# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: | : CHAPTER 12 |
| KEITH V. HOOGSTAD, | : |
| | : CASE NO. 12-50265 |
| Debtor | : |
| | : |
| RH OPPORTUNITIES XI, LLC, | : CONTESTED MATTER |
| | : |
| Movant | : |
| | : |
| v. | : |
| | : |
| KEITH V. HOOGSTAD, | : |
| | : |
| Respondent | : |

## RESPONSE TO AFFIDAVIT OF DEFAULT AND COUNTER-AFFIDAVIT

COMES NOW, Keith V. Hoogstad, Debtor/Respondent, and files this response to the affidavit of default filed by RH Opportunities XI, LLC and counter-affidavit, who, being duly sworn, deposes and says as follows:

1.

On February 11, 2019, RH Opportunities XI, LLC ("Movant") filed an affidavit of default alleging a default in payments under this Court's orders of February 9, 2017 and February 10, 2017.

2.

By letter dated January 21, 2019, the chapter 12 trustee advised all parties that all payments were completed and that the case was completed [docket no. 287].

WHEREFORE, Keith V. Hoogstad prays that the affidavit of default be stricken and that he have such other and further relief as is just and proper.

        BOYER TERRY LLC
        By:

        _____
        WESLEY J. BOYER
        Attorney for Debtor/Respondent
        State Bar No. 073126
        348 Cotton Avenue, Suite 200
        Macon, Georgia 31201
        (478) 742-6481
        Wes@BoyerTerry.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 12 |
| KEITH V. HOOGSTAD, | : |
| | : CASE NO. 12-50265 |
| Debtor | : |
| | : |
| RH OPPORTUNITIES XI, LLC, | : CONTESTED MATTER |
| | : |
| Movant | : |
| | : |
| v. | : |
| | : |
| KEITH V. HOOGSTAD, | : |
| | : |
| Respondent | : |

## VERIFICATION

Personally, before the undersigned officer of the State of Georgia authorized to administer oaths, comes the undersigned, who after being duly sworn, states that the within and foregoing statements in the Response To Affidavit Of Default And Counter-affidavit are true and correct to the best of his knowledge and belief.

_____
WESLEY J. BOYER

Sworn to and subscribed before me this
22nd day of February, 2019.

_____
Notary Public



## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the

RESPONSE TO AFFIDAVIT OF DEFAULT AND COUNTER-AFFIDAVIT

upon the following:

>Elizabeth Hardy, Esq.
>440 MLK, Jr. Boulevard, Suite 3200
>Macon, GA 31210
>
>Mark A. Gilbert, Esq.
>Coleman Talley LLP
>PO Box 5437
>Valdosta GA 31603-5437

via the Court's automated electronic notification system this 22nd day of February, 2019.

_____
WESLEY J. BOYER