## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-50265-JPS |
| | § | |
| Keith V. Hoogstad | § | |
| | § | |
| | § | |
| Debtor(s) | § | |
| | § | |

## CHAPTER 12 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Walter W. Kelley, chapter 12 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1202(b)(1). The trustee declares as follows:

1) The case was filed on 02/06/2012.

2) The plan was confirmed on 08/22/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1229 on 02/09/17.

4) The trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was COMPLETED on 11/05/2018.

6) Number of months from filing or conversion to last payment: 81.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $34,600.00.

10) Amount of unsecured claims discharged without full payment: $1,132,091.92.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-12-FR-S (09/01/2009)

| **Receipts:** | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $336,318.85 | |
| Less amount refunded to debtor(s) | $509.30 | |
| **NET RECEIPTS:** | | $335,809.55 |

| **Expenses of Administration:** | |
|---|---|
| Attorney's Fees paid through the Plan | $0.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $31,102.15 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $31,102.15 |
| Attorney fees paid and disclosed by debtor(s): | | $0.00 |

**Scheduled Creditors**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BB&T Bankruptcy | Secured | NA | $215,801.27 | $0.00 | $106,379.16 | $0.00 |
| BB&T Bankruptcy Section | Secured | NA | $35,108.16 | $35,108.16 | $13,816.59 | $0.00 |
| BIBB COUNTY TAX OFFICE | Priority #1 | $1,000.00 | $2,224.66 | $2,224.66 | $2,224.65 | $0.00 |
| CERTUSBANK, NA N/K/A/ RH Opportunities | Secured | NA | $335,000.00 | $0.00 | $85,100.58 | $0.00 |
| H. Jason Gold, Ch. 7 T. of Tammy Hoogstad | General Unsecured | NA | $900,000.00 | $900,000.00 | $90,000.04 | $0.00 |
| PEACH COUNTY TAX COMMISSIONER | Secured | $3,000.00 | $4,186.38 | $4,186.38 | $4,186.38 | $0.00 |
| SBA | Secured | $250,000.00 | NA | NA | NA | NA |
| Tammy Hoogstad | General Unsecured | $880,750.00 | NA | NA | $3,000.00 | NA |

UST Form 101-12-FR-S (09/01/2009)

**Summary of Disbursement to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Disbursements** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearge | $1,750,530.21 | $205,296.33 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | $1,750,530.21 | $205,296.33 | $0.00 |
| | | | |
| **Priority Unsecured Disbursements:** | | | |
| Domestic Support Arrearage | $0.00 | $93,000.04 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $23,156.54 | $6,411.03 | $0.00 |
| **TOTAL PRIORITY** | $23,156.54 | $0.00 | $0.00 |
| | | | |
| **GENERAL UNSECURED DISBURSEMENTS:** | $1,132,091.92 | $0.00 | $0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $31,102.15 |
| Disbursements to Creditors | $304,707.40 |
| **TOTAL DISBURSEMENTS** | $335,809.55 |

The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 4-23-19

By: /s/Walter W. Kelley
Chapter 12 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.



## CERTIFICATE OF SERVICE

I, WALTER W. KELLEY, hereby certify that I am over 18 years of age, that I am the duly appointed Trustee in the above-referenced case, and that I have furnished a true copy of the foregoing Chapter 12 Standing Trustee's Final Report and Account to the following individuals, by either electronic filing or by depositing a copy of same in the United States Mail, in properly addressed envelopes with sufficient postage affixed thereto to insure delivery, this 24th day of April, 2019.

*Electronic Filing:*

Wesley J. Boyer
Attorney for Debtor
wjboyer_2000@yahoo.com

U.S. Trustee – MAC 12
Ustp.region21.mc.ecf@usdoj.gov

*U.S. Mail:*

Keith V. Hoogstad
761 West Wesley Chapel Road
Fort Valley, GA 31030

/s/ Walter W. Kelley
**WALTER W. KELLEY, TRUSTEE**
Post Office Box 70849
Albany, Georgia   31708
(229) 888-2257
ahudson@kelleylovett.com