# United States Bankruptcy Court

Middle District of Georgia

In re:

   Keith V. Hoogstad
   761 West Wesley Chapel Road
   Fort Valley, GA 31030

Debtor(s)

Case No. 12–50265 JPS

Chapter 12

## NOTICE

**You are hereby notified** that a **"Certification of Plan Completion and Request for Discharge"** must be filed by you in order for your case to receive a discharge. A copy of that certification is attached to this notice. If you fail to file the "Certification of Plan Completion and Request for Discharge" with the Bankruptcy Court, your case may be closed without receiving a discharge of debts.

Please mail the completed form to your attorney for electronic filing. If you do not have an attorney, mail the completed form to the following address:

      United States Bankruptcy Court
      433 Cherry Street
      P.O. Box 1957
      Macon, GA 31202

If you have already filed the Certification, you may disregard this notice.

Attachment

Dated: 4/25/19

Kyle George, Clerk of Court

United States Bankruptcy Court

# United States Bankruptcy Court

Middle District of Georgia

In re:

    Keith V. Hoogstad
    761 West Wesley Chapel Road
    Fort Valley, GA 31030

Debtor(s)

Chapter 12

Case No. 12–50265 JPS

## DEBTOR'S CERTIFICATE OF PLAN COMPLETION AND

## REQUEST FOR DISCHARGE

Debtor hereby certifies under penalty of perjury, the following is true and correct:

1. All plan payments have been completed, and I am entitled to a discharge under 11 U.S.C. Section 1141/1228/1328; and

2. I have paid (or do not have any liability) for domestic support obligations due on or before the date set forth below, including any pre–petition amounts to the extent provided for by the plan and:

3. The provisions of 11 U.S.C. Section 522(q)(1) are not applicable to my case, pursuant to 11 U.S.C. Section 1141(c)/1228(f)/1328(h).

4. There are no proceedings pending against me of the kind described in 11 U.S.C. Section 522(q)(1)(A) or 522(q)(1)(B), pursuant to Section 1141(c)/1228(f)/1328(h).

    I request that a discharge be granted in accordance with 11 U.S.C. Section 1141/1228/1328.

_____            _____
        Date                                                                 Signature of Debtor

_____            _____
        Date                                                                 Signature of Co–Debtor

Attorney for Debtor: Wesley J. Boyer

Attorney for Debtor: Wesley J. Boyer
Address: Boyer Terry LLC
348 Cotton Avenue
Ste 200
Macon, GA 31201